# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2016

153344 & (14)(15)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JULIAN CRISTIR PEAY,
      Defendant-Appellant.

SC: 153344
COA: 331081
Kent CC: 15-005536-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 22, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2016



Clerk

t0322